COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS






IN RE:


BRIAN M. GORDON, M.D.,


RELATOR.
§


 


§


 


§


 


§


 


§


 


 § 




No. 08-07-00308-CV



An Original Proceeding 


in Mandamus







MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS


 Relator, Brian M. Gordon, M.D., filed a petition for writ of mandamus in this Court on
October 26, 2007. See Tex.R.App.P. 52.1. Prior to the Court rendering a decision on the
petition, Relator has filed a motion to dismiss stating that on June 2, 2008, the parties reached an
agreement settling all matters in controversy in the underlying case. SeeTex.R.App.P. 42.1(a)(2).

 Having considered Relator's motion, this Court is of the opinion that it should be granted.
Therefore, we dismiss the petition for writ of mandamus. As the motion does not specify
otherwise, Relator will bear the costs of the proceeding. See Tex.R.App.P. 42.1(d).


June 12, 2008

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Carr, JJ.